IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD SPIVEY and JERRY BROOKS-SPIVEY, | § § § | No. 371, 2017 |
| Plaintiffs Below, Appellants, | § § § | Court Below: |
| v. | § § § | Superior Court of the State of Delaware |
| USAA CASUALTY INSURANCE COMPANY, | § § § | C.A. No. NC15C-10-200 |
| Defendant Below, Appellee. | § § § | |

Submitted: April 18, 2018
Decided:  April 19, 2018

Before **STRINE,** Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

**O R D E R**

This 19th day of April 2018, the Court, having considered this matter on the briefs of the parties and the record below, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Letter Opinion dated August 15, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice